1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN ALLEN RAINWATER,                | Case No.  1:15-cv-00795-DLB (PC)

12                    Plaintiff,            | New Case No.  1:15-cv-00795-MJS (PC)

13         v.                              | ORDER RELATING CASES AND
                                            | REASSIGNING ACTION TO
14   PAM AHLIN,                            | MAGISTRATE JUDGE MICHAEL J. SENG

15                    Defendant.

16
          On March 9, 2015, Plaintiff filed this Civil Rights Complaint pursuant to 42 U.S.C.
17
     section 1983 challenging Defendant's mental health assessment under California's
18
     Sexually Violent Predator Act.  (ECF No. 1.)
19
          A number of similar actions have been filed in or transferred to this Court. The
20
     Court's review of these cases reveals that the instant action is related under Local Rule
21
     123 to the action entitled Klein v. King, 1:14-cv-01440-MJS. Both actions are based on
22
     the same underlying facts and involve overlapping questions of law and fact.
23
          Accordingly, IT IS HEREBY ORDERED that:
24
     1.   The Office of the Clerk shall relate this case with case 1:14-cv-01440-MJS;
25
     2.   This case shall be assigned to the docket of Magistrate Judge Michael J.
26
          Seng;
27

28
                                         1

3.     The new case number shall be:

      1:15-cv-00795-MJS

and all future pleadings and/or correspondence must be so numbered. Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated:  __May 27, 2015__                     _____ /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE

2